# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

American Honda Finance Corporation

Case No. Civil 01-2064 ADM/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Rochester Recreational, Inc.,
d/b/a Rochester Recreational North;
Kyle L. Ketterling and Duane R. Cahill

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court., and by confession of judgment and affidavit.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff and against the defendants in the amount of $67,244.73 plus post-judgment interest.

DATE: August 05, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
Mary Kaye Conery , Deputy Clerk