**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

American Honda Finance Corporation,

Plaintiff,

v.

Rochester Recreational, Inc., et al.,

Defendants.

Civil No. 01-2064 ADM/SRN

**PARTIAL SATISFACTION OF JUDGMENT**

---

Daniel J. Sheran, attorney for the judgment creditor herein, hereby certifies that the judgment entered and docketed in the Court above-named in the action above-entitled on September 27, 2002, in favor of the plaintiff and against the defendant for the sum of $67,239.73 plus interest and attorneys' fees has been partially satisfied; and that the District Court Administrator is hereby authorized to discharge said judgment only to the extent of $17,529.59.

IN TESTIMONY WHEREOF, I have hereto set my hand on the date set forth below.

Dated: May 17, 2005.

LINDQUIST & VENNUM P.L.L.P.

By: s/ Daniel J. Sheran
(#100183)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

**ATTORNEYS FOR PLAINTIFFS**