**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

American Honda Finance Corporation,

Plaintiff,

v.

Rochester Recreational, Inc., et al.,

Defendants.

Civil No. 01-2064 ADM/SRN

---

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2005, I electronically filed the following documents:

1. Assignment of Judgment

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Thomas W. Jacobson, Esq.
tjacobson@dunlaplaw.com

Dated: May 25, 2005

/s/ Daniel J. Sheran
Daniel J. Sheran (#100183)
Attorney for Plaintiff American Honda
Lindquist & Vennum P.L.L.P.
4200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)
**dsheran@lindquist.com**